DOMENICO ORRINO, Appellant, v. NORBON HOMES, INC., Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN DUGAS, Appellant.—

Christ, P. J., Rabin, Munder, Kleinfeld and Benjamin, JJ., concur.